In the Matter of CARRIE H. C. SPANHAKE, as Administratrix of the Estate of HANNAH HARRISON, Deceased, Appellant, *v.* TEACHERS' RETIREMENT BOARD, Respondent.

(Argued November 19, 1928; decided December 4, 1928.)

*David Bernstein* for appellant.

*George P. Nicholson, Corporation Counsel (J. Joseph Lilly, Willard S. Allen* and *William E. C. Mayer* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

In the Matter of the Claim of EMMA CHASE, Respondent, against DUTCHESS BLEACHERY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 20, 1928; decided December 4, 1928.)

*Clarence B. Tippett* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

*Albert Ottinger, Attorney-General (John H. Machan* of counsel), for appellant.

*Charles D. Lewis, John A. Goodwin* and *Thomas J. O'Neill* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.